# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER **08CR0276-JM** |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. **06974298** |
| **Keith Freeman** ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **May 16, 2008**
the Court entered the following order:

FILED
MAY 1 6 2008

- ✓ Defendant be released from custody on **Friday May 23, 2008.**
- _____ Defendant placed on supervised / unsupervised probation / supervised release.
- _____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- _____ Defendant released on $_____ bond posted.
- _____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- _____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
- ✓ Defendant sentenced to TIME SERVED, supervised release for **2** years.
- _____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court: _____ dismissing appeal filed.
- _____ Bench Warrant Recalled.
- _____ Defendant forfeited collateral.
- _____ Case Dismissed.
- _____ Defendant to be released to Pretrial Services for electronic monitoring.
- ✓ Other. **Sentenced to Time Served plus 7 days to be released on 5-23-08.**

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

Crim-9 (Rev 6-95)    ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**