# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Keith Freeman )

CASE NUMBER 08CR0276-JM

ABSTRACT OF ORDER

Booking No. 06974298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _May 16, 2008_ the Court entered the following order:

__✓__ Defendant be released from custody, after 7 d[ays]

_____ Defendant placed on supervised / unsupervised probati[on]

_____ Defendant continued on supervised / unsupervised prob[ation] and released from custody.

_____ Defendant released on $_____ bond p[osted].

_____ Defendant appeared in Court. FINGERPRINT & RELEAS[E]

_____ Defendant remanded and (_____ bond) (_____

__✓__ Defendant sentenced to TIME SERVED, supervised rele[ase]

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. Time Served plus 7 days.

Handwritten note:
ABSTRACT RETURNED UNEXECUTED. COURT (LAURA BARKINS) WILL SEND CORRECTED ABSTRACT.

Anthony A. Travers
United States Marshals Service

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by
_____ Deputy Clerk

Crim-9   (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

MARSHAL'S