# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

Keith Freeman

**WARRANT FOR ARREST**

CASE NUMBER: 08cr276-001-JM

RECEIVED 2008 JUN -5 P 4:04
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Keith Freeman_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE 6/9/08
ARRESTED BY In Court
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY Maria

In violation of Title _____See Above_____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Signature of Deputy

Clerk of the Court
Title of Issuing Officer

6/5/08, San Diego, CA
Date and Location

Bail fixed at $ _____No Bail_____ by _____The Honorable Jeffrey T. Miller_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |